# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-5193
_____

RAMON PICHIRILO,

    Appellant,

    v.

AMERICAN AIRLINES and
SEDGWICK CMS,

    Appellees.

_____


On appeal from an order of the Judge of Compensation Claims.
Sylvia Medina-Shore, Judge.

Date of Accidents:  12/9/2011; 4/13/2015; 6/25/2015; 8/2/2015; 7/16/2016; 9/19/2016; 5/15/2017; 8/3/2017; 8/28/2017.


June 4, 2019

PER CURIAM.

    AFFIRMED.  *McArthur v. Mental Health Care, Inc./Summit Claims Ctr.*, 35 So. 3d 105 (Fla. 1st DCA 2010).

LEWIS, MAKAR, and BILBREY, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Toni L. Villaverde of Toni L. Villaverde, PLLC, Coral Gables, for Appellant.

Derek V. James and Kimberly D. Proano of Jones, Hurley & Hand, P.A., Orlando, for Appellees.